# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3723
_____

TAMMY ECKSTEIN,

    Appellant,

    v.

SEMINOLE COUNTY SHERIFF'S
OFFICE/ FLORIDA SHERIFF'S RISK
MANAGEMENT FUND (FSRMF),

    Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Lourdes M. Sancerni, Judge.

Date of Accident: September 9, 2018.


February 28, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Kristine Callagy and Megan E. Oliva of Bichler & Longo, PLLC, Maitland, for Appellant.

Rex A. Hurley and William H. Rogner of HR Law, Winter Park, for Appellees.